HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
RICHARD NATHANIEL MATTAROLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>              vs.<br><br>RICHARD N. MATTAROLO,<br><br>    Defendant. | Case No. 2:96-CR-00555 WBS<br><br>**STIPULATION AND ORDER GRANTING MOTION AND VACATING HEARING**<br><br>Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant, Richard N. Mattarolo, and plaintiff, United States of America, that the Court should enter an order granting Mr. Mattarolo's motion for early termination of supervised release, terminating supervised release pursuant to 18 U.S.C. § 3583(e)(1), and vacating the hearing scheduled for June 24, 2019.

    Counsel for the United States has reviewed the motion and has conferred with the probation officer, who concurs in Mr. Mattarolo's request for early termination.  Having decided to not oppose the motion, the parties agree that the interests of

-1-

justice and Mr. Mattarolo's conduct warrant early termination of supervised release pursuant to 18 U.S.C. § 3585(e) and therefore ask the Court to enter the Order set forth below.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 17, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RICHARD MATTAROLO

McGREGOR SCOTT
United States Attorney

Dated: June 17, 2019  /s. T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**O R D E R**

For the reasons stated in defendant's motion, the Court GRANTS the motion and terminates defendant's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The hearing scheduled for June 24, 2019 at 9:00 a.m. is **VACATED**.

IT IS SO ORDERED.

Dated: June 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE